**Morgan Lewis**

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel.  +212.309.6000
Fax: +212.309.6001
www.morganlewis.com

**Melissa D. Hill**
Partner
+1.212.309.6318
melissa.hill@morganlewis.com

August 17, 2015

<u>**VIA ECF AND REGULAR MAIL**</u>

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York  10007-1312

> Re: <u>*Gokhberg, et al. v. The PNC Financial Services Group, Inc. et al.*, Case No. 1:15-cv-06001-LTS</u>

Dear Judge Swain:

We represent The PNC Financial Services Group, Inc. and PNC Bank, National Association in the above-referenced action.  We write, pursuant to Section A(1)(f) of your Individual Practices, to respectfully request a 30-day extension of time until September 30, 2015 for Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint (Dkt. No. 1).  This is Defendants' first request for an extension of time to answer, move or otherwise respond to Plaintiffs' Complaint, and Plaintiffs have consented to such extension.

Thank you for Your Honor's consideration.

Respectfully submitted,

<u>*/s Melissa D. Hill*</u>

Melissa D. Hill

*Counsel for Defendants*


cc: Counsel of Record (via ECF)
    Sarah E. Bouchard, Esq.

DB1/ 84375861.2