UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

MARAT GOKHBERG et al.,

       Plaintiffs,

   -v-                                                No.  15CV6001-LTS

THE PNC FINANCIAL SERVICES GROUP,
INC. et al.,

       Defendants.

--------------------------------------------------------x


## ORDER TO SHOW CAUSE


       The employment at issue in the above-captioned case appears to have taken place, and the plaintiffs appear to reside, in the Eastern District of New York, while the defendant's principal location is in the Western District of Pennsylvania.

       Plaintiffs are hereby directed to show cause, in a written submission filed no later than **September 11, 2015**, why this case should not be transferred pursuant to 28 USC § 1406(a) to the United States District Court for the Eastern District of New York.


       SO ORDERED.


Dated:  New York, New York
            August 21, 2015


                                                            /s/Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge