# Morgan Lewis

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel. +212.309.6000
Fax: +212.309.6001
www.morganlewis.com

**Melissa D. Hill**
Partner
+1.212.309.6318
melissa.hill@morganlewis.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-15
```

August 17, 2015

**VIA ECF AND REGULAR MAIL**

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007-1312

Re:   *Gokhberg, et al. v. The PNC Financial Services Group, Inc. et al.*, Case No. 1:15-cv-06001-LTS

Dear Judge Swain:

We represent The PNC Financial Services Group, Inc. and PNC Bank, National Association in the above-referenced action. We write, pursuant to Section A(1)(f) of your Individual Practices, to respectfully request a 30-day extension of time until September 30, 2015 for Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint (Dkt. No. 1). This is Defendants' first request for an extension of time to answer, move or otherwise respond to Plaintiffs' Complaint, and Plaintiffs have consented to such extension.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s Melissa D. Hill*

Melissa D. Hill

*Counsel for Defendants*

cc:   Counsel of Record (via ECF)
      Sarah E. Bouchard, Esq.

DB1/ 84375861.2

*The requested extension is granted.*

SO ORDERED.

SO ORDERED
NEW YORK, NY
Aug 26, 2015
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Harrisburg  Hartford  Houston  London  Los Angeles  Miami  Moscow
New York  Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Singapore  Tokyo  Washington
Wilmington