## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARAT GOKHBERG, et al., | |
| Plaintiffs, | |
| v. | No. 1:15-cv-06001-LTS |
| THE PNC FINANCIAL SERVICES GROUP, INC, et. al., | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

To the clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in the above-captioned case as counsel for all plaintiffs.

Date:   August 27, 2015               */s/ Sarah M. Block*_____
                                       Sarah M. Block (SB1460)
                                       WOODLEY & McGILLIVARY LLP
                                       1101 Vermont Ave., N.W.
                                       Suite 1000
                                       Washington, DC 20005
                                       Phone: (202) 833-8855
                                       Fax: (202) 452-1090
                                       smb@wmlaborlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on the following individuals on August 27, 2015 by filing the document on the Court's ECF system:

Melissa D. Hill
Morgan, Lewis & Bockius LLP (New York)
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6318
Fax: (212) 309-6001
melissa.hill@morganlewis.com

Sarah E. Bouchard
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
sbouchard@morganlewis.com

                                               */s/ Sarah M. Block*_____
                                               Sarah M. Block (SB1460)
                                               WOODLEY & McGILLIVARY LLP
                                               1101 Vermont Ave., N.W.
                                               Suite 1000
                                               Washington, DC 20005
                                               Phone: (202) 833-8855
                                               Fax: (202) 452-1090
                                               smb@wmlaborlaw.com