Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
Melissa D. Hill
melissa.hill@morganlewis.com
101 Park Avenue
New York, New York 10178
(212) 309-6318 (Telephone)
(212) 309-6001 (Fax)

Sarah E. Bouchard *(Pro Hac Vice)*
1701 Market Street
Philadelphia, PA  19103
(215) 963-5077 (Telephone)
(215) 963-5001 (Fax)
sbouchard@morganlewis.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARAT GOKHBERG, YURY GOKHBERG, DAVID JAFFE, SUREKHA BASSI, and MARC FRANCHI,<br><br>Plaintiffs,<br><br>v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC. and PNC BANK, N.A.,<br><br>Defendants. | **Case No.: 1:15-cv-06001-LTS**<br><br>**Document Filed Electronically** |

**DEFENDANTS' NOTICE OF MOTION
AND MOTION TO TRANSFER VENUE PURSUANT TO
28 U.S.C. § 1404(a) TO THE WESTERN DISTRICT OF PENNSYLVANIA**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1404(a), and upon the instant

Motion, the accompanying Memorandum of Law and supporting declarations and exhibits, as well

as all prior papers, pleadings and proceedings in this case, Defendants The PNC Financial Services

Group, Inc. and PNC Bank, National Association (collectively, "PNC" or "Defendants"), by and

through their undersigned counsel, will move before The Honorable Laura T. Swain, United States District Court Judge, on a date and at a time to be designated by the Court, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order transferring this case to the United States District Court for the Western District of Pennsylvania.

Defendants' counsel hereby certifies that that they have complied with the requirements of Individual Practice A.2.b.i, and have used their best efforts to informally resolve the matter in controversy.  Specifically, counsel for Defendants conducted a telephone call with Plaintiffs' counsel on September 2, 2015 and discussed the grounds for Defendants' motion to transfer, and counsel for Defendants sent a letter dated September 9, 2015 to Plaintiffs' counsel outlining Defendants' legal and factual position regarding the motion to transfer.  Plaintiffs' counsel sent counsel for Defendants a letter dated September 11, 2015 setting forth Plaintiffs' legal and factual position regarding the motion to transfer and indicating that Plaintiffs intend to oppose the motion.

| Dated: September 11, 2015 | Respectfully submitted, |
|---|---|
| | MORGAN, LEWIS & BOCKIUS LLP |
| | /s/ *Sarah E. Bouchard* |
| | Sarah E. Bouchard (*Pro Hac Vice*) |
| | 1701 Market Street |
| | Philadelphia, PA  19103 |
| | 215-963-5077 |
| | 215-963-5001 (fax) |
| | sbouchard@morganlewis.com |
| | |
| | Melissa D. Hill |
| | 101 Park Avenue |
| | New York, NY  10178 |
| | 212.309.6318 |
| | 212.309.6001 (fax) |
| | melissa.hill@morganlewis.com |
| | |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that copies of (1) Defendants' Notice of Motion and Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) to the Western District of Pennsylvania, (2) Defendants' Memorandum of Law in Support of Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) to the Western District of Pennsylvania, and (3) the Declaration of Sarah E. Bouchard and supporting exhibits, were electronically filed with the Court and served via its ECF/CM system on September 11, 2015 upon the following:

> Hope Allison Pordy
> SPIVAK, LIPTON, WATANABE, SPIVAK & MOSS LLP
> 1700 Broadway, Suite 2100
> New York, NY  10019
> hpordy@spivaklipton.com
>
> *Attorneys for Plaintiffs*

*s/ Sarah E. Bouchard*
Sarah E. Bouchard